UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| INDIGENOUS PEOPLES OF THE COASTAL BEND, KARANKAWA KADLA TRIBE OF THE TEXAS GULF COAST, and INGLESIDE ON THE BAY COASTAL WATCH ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity, BRIGADIER GENERAL CHRISTOPHER G. BECK, in his official capacity, and COLONEL TIMOTHY R. VAIL, in his official capacity,<br><br>Defendants,<br><br>and<br><br>ENBRIDGE INGLESIDE OIL TERMINAL, LLC (f/k/a MODA INGLESIDE OIL TERMINAL, LLC),<br><br>Intervenor-Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:21-CV-00161 |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed by the Court on this date, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiffs' claims, and Defendants and Intervenor-Defendant are entitled to judgment as a matter of law.

Accordingly, Plaintiffs shall take nothing by their claims against Defendants and Intervenor-Defendant, and Plaintiffs' claims against Defendants and Intervenor-Defendant are **DISMISSED WITH PREJUDICE**. All relief requested by Plaintiffs is denied. All relief not expressly granted herein is denied. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

This is a **FINAL JUDGMENT**.

Signed on July 27, 2023.

                                                                                            _____
                                                                                            **DREW B. TIPTON**
                                                                                            **UNITED STATES DISTRICT JUDGE**